*Hearing Scheduled:*
*Date: November 10th, 2009*
*Time: 9:00 am*
*Location: Portland*
*Obj. Deadline: November 6th, 2009*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br>**Zachary W. Kazan**<br>**and Diana S. Kazan**<br>　　　　　　　　Debtors | Chapter 13<br><br>Case No. 08-21487 |

## MOTION TO ALLOW & DISALLOW CLAIMS AND TO MODIFY PLAN

NOW COMES the Debtor(s), **Zachary W. Kazan and Diana S. Kazan**, (hereafter, the "Debtors"), by and through counsel, and moves to allow creditor claims, moves to modify the confirmed plan, and objects to creditor claims, as follows:

**I. ALLOWANCE OF CLAIMS.** The Debtors move to allow creditor claims as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 502.

**II. OBJECTIONS TO CLAIMS.** The Debtor hereby objects to creditor claims as follows:

| Claim # | Creditor | Description of Claim, Basis for Objection, and Requested Disposition. |
|---|---|---|
| 6 | Aegis | Creditor holds a second mortgage against Debtors' residence; said lien is subject to stripping under 11 U.S.C §§ 506 and 1322(b); upon completion of Debtors' plan and entry of discharge, creditor's second priority mortgage interest should be declared null and void and creditor's claim should be allowed as general unsecured to be paid in accordance with ¶1(f) of the proposed order filed herewith. |

**III. MODIFICATION OF CONFIRMED PLAN.** The Debtors hereby move to modify the confirmed plan as provided in the proposed order filed with this motion pursuant to 11 U.S.C. § 1329. One purpose of the proposed modification is to accommodate the allowance of claims proposed by the Debtor. The Debtor's other reasons for modifying the plan, if any, are as follows:


WHEREFORE, the Debtor respectfully requests that this Honorable Court allow creditor claims, modify the plan, and sustain the Debtor's objections to creditor claims, as provided above and in the proposed order attach to or otherwise filed with this motion, together with such other relief as this Court finds just and reasonable.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey P. White**

Date: 9-24-09　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jeffrey P. White, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)
　　　　　　　　　　　　　　　　　　　243 Mount Auburn Ave., Suite B-1

Auburn, ME, 04210
Phone: 207-689-2111
Email: jpwhite@whitelawoffices.com